UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS RAUL SOTO,

                          Plaintiff,

          -against-

ANNAL MANAGEMENT CO. LTD.,

                          Defendant.

---

23-cv-4271 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

This case has been reassigned to me as related to *Soto v. Brownstone Family Holdings LLC et al.*, No. 23-cv-3852. In both cases, Plaintiff Luis Raul Soto brings claims against Defendant Annal Management Co. Ltd. under the Fair Labor Standards Act and New York Labor Law.

No later than **September 6, 2023**, Plaintiff is ORDERED to voluntarily dismiss either this case or 23-cv-3852 without prejudice.

SO ORDERED.

Dated: August 31, 2023
       New York, New York

ARUN SUBRAMANIAN
United States District Judge